# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

Northern Illinois Electrical Joint Apprenticeship & Training Trust Fund, et al.

Plaintiff,

v.

Case No.: 3:20−cv−50307

Honorable Iain D. Johnston

Nicholson Electric, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 21, 2021:

MINUTE entry before the Honorable Iain D. Johnston: In light of the plaintiffs' voluntary dismissal [20], this case is dismissed without prejudice. Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.